# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 1:20-cv-00101 |
| Plaintiff, | **ORDER** |
| vs. | |
| JAVANTILAL M. PATEL et al., | |
| Defendants. | |

Pursuant to the parties stipulation and upon their jointly made motion, good cause shown, the hearing date for Defendant's Motion to Dismiss (Doc. No. 30 is) is continued to October 1, 2020.  Plaintiff shall file a Response/Opposition thereto not later than September 17, 2020. Defendant shall file their Reply, if any, not later than September 24, 2020.

IT IS SO ORDERED.

Dated:   **September 9, 2020**          _____
                                                                 UNITED STATES DISTRICT JUDGE